# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

161679 & (70)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

TRACY LYNN SULLIVAN,
        Plaintiff,

v

BRIAN ROBERT SULLIVAN,
        Defendant-Appellee,

and

TRISH OLEKSA HAAS,
        Petitioner-Appellant.

SC: 161679
COA: 348606
Wayne CC: 18-104696-DM

_____/

      On order of the Court, the application for leave to appeal the April 16, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike and for sanctions is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



Clerk

b0317